

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: | § | No. 08-18-00122-CV |
| | § | |
| SOUTHWEST REGION | | AN ORIGINAL PROCEEDING |
| CONFERENCE ASSOCIATION OF | § | |
| SEVENTH-DAY ADVENTISTS, | | IN MANDAMUS |
| NICHOLAS HERRERA, CALVIN | § | |
| WATKINS, STEPHEN BROOKS, | | |
| PHILIP PALMER, SAMUEL GREEN, | § | |
| TERRELL MCCOY, AND NANCY | | |
| JONES, | | |
| | | |
| RELATORS | | |

## **J U D G M E N T**

The Court has considered this cause on the Relators' petition for writ of mandamus against the Honorable Sergio H. Enriquez, Judge of the 448th District Court of El Paso, Texas, and concludes that Relators' writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 12TH DAY OF SEPTEMBER, 2018.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.